Rel: December 20, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0317

Steven Mark Hayden v. William B. Cashion and Western Steel, Inc.
(Appeal from Jefferson Circuit Court: CV-12-209).

STEWART, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Shaw, Acting C.J.,* and Sellers and Mendheim, JJ., and Windom, Kellum, and McCool, Special Justices,* concur.

Parker, C.J., and Wise, Bryan, Mitchell, and Cook, JJ., recuse themselves.

*Because five members of the Supreme Court, including the Chief Justice, recused themselves, on December 3, 2024, Acting Chief Justice Shaw appointed Presiding Judge Mary B. Windom, Judge J. Elizabeth Kellum, and Judge Chris McCool, of the Court of Criminal Appeals, to serve as Special Justices in this appeal.